Civil Action No.    1:23-CV-06292-JLR

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **ProSynthesis Laboratories, Inc.**
was recieved by me on  **9/15/2023:**

☐   I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☐   I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of  organization)*; or

☒   I returned the summons unexecuted because **Vacant** after attempting service at **45975 Nokes Boulevard 170, Sterling, VA 20166**; or

☐   Other *(specify)*

My fees are $ 0 for travel and **$ 105.00** for services, for a total of **$ 105.00**.

I declare under penalty of perjury that this information is true.

Date:   09/18/2023

_____
*Server's signature*

**Tanya Taylor**
*Printed name and title*

**11387 Tolkien Ave
White Plains, MD 20695**

_____
*Server's address*

Additional information regarding attempted service, etc:

**9/18/2023 1:01 PM: The property appeared vacant which was supported by vacancy notice posted and empty inside.**




Tracking #: **0114308569**