## Entity Information

### Entity Information

| | |
|---|---|
| Entity Name: | ProSynthesis Laboratories, Inc. |
| Entity ID: | 06517882 |
| Entity Type: | Stock Corporation |
| Entity Status: | **Active** |
| Series LLC: | N/A |
| Reason for Status: | Active and In Good Standing |
| Formation Date: | 01/27/2006 |
| Status Date: | 02/11/2021 |
| VA Qualification Date: | 01/27/2006 |
| Period of Duration: | Perpetual |
| Industry Code: | 0 - General |
| Annual Report Due Date: | N/A |
| Jurisdiction: | VA |
| Charter Fee: | $50.00 |
| Registration Fee Due Date: | Not Required |

### Registered Agent Information

| | |
|---|---|
| RA Type: | Individual |
| Locality: | FAIRFAX COUNTY |
| RA Qualification: | Officer of the Corporation |
| Name: | Jerome Krachenfels |
| Registered Office Address: | |

Privacy Policy (https://www.scc.virginia.gov/privacy.aspx)    Contact Us
(https://www.scc.virginia.gov/clk/clk_contact.aspx)

1295 Gatesmeadow Way, Reston, VA, 20194, USA

(https://www.scc.virginia.gov/clk/clk_contact.aspx)

(https://www.facebook.com/VirginiaStateCorporationCommission)

(https://twitter.com/VAStateCorpComm)

### Principal Office Address

Address: 45975 NOKES BLVD, SUITE 170, STERLING, VA, 20166 - 0000, USA

### Principal Information

| Title | Director | Name | Address | Last Updated |
|---|---|---|---|---|
| PRES/SEC/TREAS | Yes | JEROME G. KRACHENFELS | 45975 NOKES BLVD, SUITE 170, STERLING, VA, 20166 - 0000, USA | 04/14/2017 |

### Current Shares

Total Shares: 5000

Filing History       RA History       Name History       Previous Registrations

Garnishment Designees       Image Request

(Back)  (Return to Search)

(Return to Results)

Back to Login

Privacy Policy (https://www.scc.virginia.gov/privacy.aspx)   |   Contact Us (https://www.scc.virginia.gov/clk/clk_contact.aspx)

(https://www.scc.virginia.gov/clk/clk_contact.aspx)

(https://www.facebook.com/VirginiaStateCorporationCommission)

(https://twitter.com/VAStateCorpComm)

Privacy Policy (https://www.scc.virginia.gov/privacy.aspx)  |  Contact Us
(https://www.scc.virginia.gov/clk/clk_contact.aspx)