UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FELIX CASTRO,<br><br>                    Plaintiff,<br><br>     -against-<br><br>PROSYNTHESIS LABORATORIES, INC.,<br><br>                    Defendant. | 23-CV-06292 (DEH)(RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On July 25, 2023, Judge Jennifer L. Rochon ordered the parties to submit a joint letter, within 45 days of the service of the summons and complaint, informing the Court about the status of their settlement talks. (*See* ECF 5.) If the parties had not settled, they were to inform the Court whether the case should be referred for mediation or a settlement conference before a magistrate judge, or, to schedule a case management conference. (*Id.*)

Defendant was served on November 7, 2023 (*See* ECF 9.) Pursuant to Judge Rochon's Order, the parties' deadline to submit a joint letter was yesterday, December 26, 2023. The parties have not done so.

I am extending the deadline, nunc pro tunc, for the parties' joint letter until **5:00 PM on Friday, December 29, 2023**. Similarly, Defendant has missed its deadline to respond to the Complaint by November 28, 2023, (*see* ECF 9), and I am extending Defendant's deadline, nunc pro tunc, until **January 8, 2024** to answer or move to dismiss the Complaint.

DATED: December 27, 2023
New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge