**UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| FELIX CASTRO on behalf of himself and all others similarly situated,<br><br>                              Plaintiff,<br><br>v.<br><br>PROSYNTHESIS LABORATORIES, INC.<br>                              Defendant. | Case No. 1:23-cv-06292-DEH |

## NOTICE OF SETTLEMENT

      The undersigned counsel for the Plaintiff hereby provides notice to the Court that a settlement in principle has been reached between Plaintiff and Defendant and a settlement agreement is in the process of being finalized. Once the settlement agreement is fully executed and certain conditions have been fulfilled, Plaintiff shall file a Notice of Voluntary Dismissal with Prejudice, and Without Costs. Accordingly, it is respectfully requested that the matter be stayed for forty-five (45) days to allow the parties to finalize settlement details.

Dated: December 28, 2023

                                                                                **The Law Office of Noor A. Saab, Esq.**

                                                                                */ s / Noor A. Saab, Esq.*
                                                                                Noor A. Saab, Esq.
                                                                                *Attorneys for Plaintiff*
                                                                                380 N. Broadway, Penthouse West
                                                                                Jericho, New York 11753
                                                                                Tel: 718-740-5060
                                                                                Email: NoorASaabLaw@Gmail.com