> Application **GRANTED**. The parties are to submit a joint status letter by 5:00 PM on 2/12/2024.
>
> Date: 12/29/2023    SO ORDERED.
> New York, NY
>
> _____
> ROBYN F. TARNOFSKY
> UNITED STATES MAGISTRATE JUDGE

**UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK**

FELIX CASTRO on behalf of himself and all others similarly situated,

                Plaintiff,

v.

PROSYNTHESIS LABORATORIES, INC.

                Defendant.

Case No. 1:23-cv-06292-DEH

## NOTICE OF SETTLEMENT

The undersigned counsel for the Plaintiff hereby provides notice to the Court that a settlement in principle has been reached between Plaintiff and Defendant and a settlement agreement is in the process of being finalized. Once the settlement agreement is fully executed and certain conditions have been fulfilled, Plaintiff shall file a Notice of Voluntary Dismissal with Prejudice, and Without Costs. Accordingly, it is respectfully requested that the matter be stayed for forty-five (45) days to allow the parties to finalize settlement details.

Dated: December 28, 2023

                                        **The Law Office of Noor A. Saab, Esq.**

                                        /s/ *Noor A. Saab, Esq.*
                                        Noor A. Saab, Esq.
                                        *Attorneys for Plaintiff*
                                        380 N. Broadway, Penthouse West
                                        Jericho, New York 11753
                                        Tel: 718-740-5060
                                        Email: NoorASaabLaw@Gmail.com