UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FELIX CASTRO,<br><br>　　　　　　　Plaintiff,<br><br>　-against-<br><br>PROSYNTHESIS LABORATORIES, INC.,<br><br>　　　　　　　Defendant. | 23-CV-06292 (DEH)(RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On December 29, 2024, Plaintiff filed a Notice of Settlement in principle, stating that Plaintiff would file a Notice of Voluntary Dismissal once the settlement agreement was finalized, and requesting a 45-day stay to allow the parties to finalize the settlement agreement. (ECF 14). I granted the application for a stay (ECF 15), and extended the stay until March 13, 2024, at the request of the parties (ECF 16, 17). The stay has expired, and Plaintiff has not filed a Notice of Voluntary Dismissal. This matter is scheduled for a status conference on May 17, 2024 at 2:30 PM. Please dial (646) 453-4442, Access Code: 668 631 595#.

DATED:　May 14, 2024
　　　　　New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge