UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
**FELIX CASTRO**, on behalf of himself         Case No.: 1:23-cv-06292-DEH-RFT
and all others similarly situated,
                          Plaintiff,         **NOTICE OF VOLUNTARY**
                                                 **DISMISSAL WITH PREJUDICE**
                                                 **WITHOUT COSTS**

                      -against-

**PROSYNTHESIS LABORATORIES, INC.**

                            Defendant.
---------------------------------------------------------x

      **PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated:  Jericho, New York
          May 14, 2024

                                                     Respectfully Submitted,

SO ORDERED.                                 */ s / Noor A. Saab, Esq.*
                                                     *Attorney for Plaintiff*
*[signature]*                                   The Law Office of Noor A. Saab
                                                   380 North Broadway, Penthouse West
Dale E. Ho                                     Jericho, New York 11753
United States District Judge          Tel: 718-740-5060
Dated: May 16, 2024                   Email: noorasaablaw@gmail.com
New York, New York

1